UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| **v.** | ) Case No. 24-cr-00208-JMC |
| | ) |
| **LIN MARIE CAREY** | ) |
| | ) |
| | ) |
| **Defendant** | ) |
| | ) |

**MOTION TO WITHDRAW APPEARANCE**

                    William L. Shipley, Jr., Esq.
                    PO Box 745
                    Kailua, Hawaii 96734
                    Tel: (808) 228-1341
                    Email: 808Shipleylaw@gmail.com

                    *Attorney for Defendant*

NOW COMES William L. Shipley and moves this Honorable Court to allow him to withdraw his appearance as counsel for the following reasons:

1. Stanley Woodward is taking over as primary counsel.
2. Mr. Woodward has been co-counsel for the entirety of the case, so no undue delay shall be caused.

WHEREFORE, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter.

Dated: May 4, 2024                    Respectfully Submitted,

_____
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*