UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 24-cr-208 (JMC) |
| v. | : | |
| | : | |
| **LIN MARIE CAREY,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Aliya Khalidi is entering her appearance as counsel in the above-captioned matter.

                                                            Respectfully submitted,

                                                            MATTHEW M. GRAVES
                                                            United States Attorney
                                                            D.C. Bar No. 481052

By:   */s/ Aliya Khalidi*
           Aliya Khalidi
           Assistant United States Attorney
           MA Bar No. 682400
           601 D Street NW, Washington, DC 20530
           aliya.khalidi@usdoj.gov
           202-252-2410

## CERTIFICATE OF SERVICE

On this 13th day of May 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Aliya Khalidi*
Aliya Khalidi
Assistant United States Attorney