UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 24-CR-208-JMC |
| | : | |
| LIN MARIE CAREY | : | |
| | : | |
| Defendant. | : | |

## REQUEST TO CONTINUE STATUS HEARING

The United States of America and the Defendant Lin Marie Carey, through counsel, have conferred regarding the above-captioned matter. The United States requests, with the defendant's consent, to a 30-day continuance and to toll this time under the Speedy Trial Act. The forthcoming decision by the Supreme Court in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), *cert. granted* 23-5572 will impact this case, and the parties believe it is in the interest of judicial economy to give appropriate time to assess such implications, if any. As the defendant is not in custody and the continuance is short, the parties' request is reasonable under the circumstances.

Due to a personal commitment, the United States respectfully requests the Court avoid scheduling between July 30 and August 19, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Aliya Khalidi*
ALIYA KHALIDI
Assistant United States Attorney
MA Bar Number 682400
U.S. Attorney's Office for the District of Columbia
601 D Street, NW Washington, D.C. 20001
(202) 252-2410
Aliya.khalidi@usdoj.gov

## CERTIFICATE OF SERVICE

On this 26th day of June 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Aliya S. Khalidi*
Aliya S. Khalidi
Assistant United States Attorney