IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | **Criminal No. 24-cr-00208-JMC** |
| ) | |
| **LIN MARIE CAREY,** ) | |
| ) | |
| **Defendant.** ) | |

**[PROPOSED] ORDER**

Upon consideration of Ms. Carey's Motion to Withdraw Stanley E. Woodward, Jr. as counsel for Defendant Lin Marie Carey, it is this _____ day of January, 2025 hereby:

**ORDERED** that the Motion is GRANTED

**SO ORDERED**.

_____
The Honorable Jia M. Cobb
United States District Court Judge