UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-CR-208 (JMC) |
| | : | |
| **LIN MARIE CAREY,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Pursuant to the motion filed by the United States, ECF 28, it is hereby ordered that the Motion to Dismiss the Information pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this \_\_\_\_\_ day of _____, 2025.

_____
The Honorable Amit P. Mehta
United States District Court Judge